IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06CV286

| | |
|---|---|
| AMATULLI & SONS, LLC, )<br>         Plaintiff, )<br>  v. )<br>    )<br>GREAT NORTHERN INSURANCE )<br>COMPANY, CHUBB GROUP OF )<br>INSURANCE COMPANIES, )<br>         Defendant. )<br>_____) | **ORDER GRANTING**<br>**ADMISSION PRO HAC VICE** |

    **THIS MATTER** is before the Court upon the motion of plaintiff Amatulli & Sons, LLC to allow **Jefferson G. Wood** to appear *Pro Hac Vice*, dated October 25, 2006 [doc. #13].

    Upon careful review and consideration, this Court will grant the Application.

    In accordance with Local Rule 83.1 (B), the Court notes that Mr. Wood has paid the admission fee of One Hundred ($100.00) Dollars to the Clerk of Court.

    **IT IS SO ORDERED.**

                                                Signed: October 26, 2006

                                              Graham C. Mullen
                                              United States District Judge