IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:06 CV 286**

| | |
|---|---|
| AMATULLI & SONS, LLC., ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| v. ) | |
| ) | |
| GREAT NORTHERN INSURANCE CO., ) | |
| ) | |
| Defendant. ) | |

    This matter is before the court on its own motion. A Certification and Report of Initial Attorneys' Conference has been filed in this case. Prior to entering the Pre-Trial Order, a status conference will be held in Chambers. The parties are directed to appear for this conference on **Monday, December 18, 2006 at 2:00 p.m.**

    It is so ordered.

Signed: November 28, 2006

Graham C. Mullen
United States District Judge