# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL CASE NO. 3:06cv286

| | |
|---|---|
| AMATULLI & SONS, LLC, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>GREAT NORTHERN INSURANCE )<br>COMPANY, )<br>)<br>Defendant. )<br>) | **O R D E R** |

**THIS MATTER** is before the Court on the parties' Joint Motion for Extension of Time to File Dispositive Motions. [Doc. 47].

For the reasons stated in the motion and for good cause shown,

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion for Extension of Time to File Dispositive Motions [Doc. 47] is **GRANTED**, and the deadline for the filing of all motions, except motions *in limine* and motions to continue, is hereby extended from October 30, 2007 to **November 30, 2007**.

**IT IS SO ORDERED.**

Signed: October 10, 2007

Martin Reidinger
United States District Judge