# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL CASE NO. 3:06cv286

| | |
|---|---|
| AMATULLI & SONS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| GREAT NORTHERN INSURANCE | ) |
| COMPANY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## J U D G M E N T

For the reasons set forth in the Memorandum and Order filed herewith,

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion for Partial Summary Judgment is **GRANTED**.

**IT IS FURTHER ORDERED** that the Defendant's Motion for Summary Judgment is **GRANTED**.  This case is hereby **DISMISSED**.

Signed: January 8, 2008

Martin Reidinger
United States District Judge